

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable V. B. Goar
County Attorney
Blanco County
Johnson City, Texas

Dear Sir:

Opinion No. O-5684
Re: Under the given facts who
has the preferential right
to use or record the mark
in question?

You have requested the opinion of this department
upon the following:

"(A) recorded a mark in 1877 in Blanco Coun-
ty Clerk's Office. (B) recorded the same brand in
1900. (C), a son of (A), upon the death of (A) re-
corded the same mark in 1913. Question: Now, who
has the preferential right, (B) or (C)?"

In other words, you would like to know our opinion
as to whom, under the above facts, has the preferential right
to re-record the mark in question under Article 6899, Vernon's
Texas Civil Statutes.

Article 6899 provides for the re-recording of marks
and brands and gives the legal owner of a brand or mark a pre-
ferential right to record such brand or mark for a period of
two years from the 1st day of October, 1943. Article 6897,
Vernon's Annotated Civil Statutes, in effect provides that if
a dispute arises about a mark or brand, the one of the oldest
date as appears on the record book has preference. Therefore,
under Article 6899, if a dispute arises as to who has the
preferential right to record a mark, this preference belongs
to the person who has had the particular mark on record the
longest.

Marks and brands are personal property and are sub-
ject to be sold or inherited. Rankin v. Bell, 85 Tex. 28, 19
S. W. 874; Ledbetter v. State, 35 Tex. Cr. R. 195, 32 S. W.
903; Dugat v. State, 67 Tex. Cr. R. 46, 148 S. W. 789.

COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

It is also permissible for an individual to change or abandon a recorded mark or brand. McClure v. Sheek's Heirs, 68 Tex. 426, 4 S. W. 552; Dugat v. State, supra.

Therefore, under the given facts, if (A) had not abandoned or changed the mark in question at the time of his death, and (C) can show he is the devisee or did inherit this mark, then it is our opinion that (C) has the preferential right to record this brand under Article 6899. If these facts cannot be shown, then (B) in our opinion possesses this preferential right.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Robert O. Koch
Assistant

ROK:db


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN